Submitted on record and briefs January 22,
affirmed February 5, 1970

STATE OF OREGON, *Respondent, v.*
ALTON M. BLANK, *Appellant.*

464 P. 2d 836

Oscar D. Howlett, Portland, filed the brief for appellant.

Jacob B. Tanzer, Solicitor General, Salem, filed the brief for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

Defendant was tried and convicted upon jury trial of the crime of receiving and concealing stolen property. He did not take the witness stand. His sole ground of appeal is that the trial court erred in instructing the jury:

> "Every witness who testified is presumed to speak the truth. This presumption, however, may be overcome by the manner in which he or she testifies, by the character of his or her testimony, by the interest he or she has in the outcome of the case, by contradictory evidence, or by a presumption."

*State v. Kessler*, 254 Or 124, 458 P2d 432 (1969), holds that this instruction is not erroneous.

Affirmed.